**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LISA FIX, ) | CASE NO. 1:16CV1141 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. ) | |
| ) | |
| ) | |
| METROHEALTH SYSTEM, *et al.*, ) | O R D E R |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

    This Court has reviewed the Report and Recommendation (Doc.#10) of Magistrate Judge Baughman regarding Defendants' Motion for Judgment on the Pleadings (Doc.#8).  This case was referred to Magistrate Judge Baughman for general pretrial supervision.  The Magistrate Judge recommends that Defendants' Motion be granted as to the federal claims and the state law claims should be dismissed without prejudice.  Plaintiff has not filed any objections to the Report and Recommendation.

    FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service,  but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947

(6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 10) and GRANTS Defendants' Motion for Judgement on the Pleadings.

IT IS SO ORDERED.

Dated: 9/9/2016

                                       *S/Christopher A. Boyko*
                                       CHRISTOPHER A. BOYKO
                                       UNITED STATES DISTRICT JUDGE